# Court of Appeals
# of the State of Georgia

ATLANTA,_July 11, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17I0260.  JEFFREY H. DUVALL et al. v. JON WILEY CRONIC et al.**

Plaintiffs Jon Wiley Cronic and K & J & Co., Inc. filed an action against Defendants Jeffrey H. Duvall and Duvall Ford Company (the "Duvall Defendants"), alleging conversion and seeking punitive damages.  The Duvall Defendants filed an answer and counterclaim, seeking damages under the RICO statute.  The parties filed cross-motions for partial summary judgment.  The trial court granted partial summary judgment on plaintiffs' conversion claim and denied summary judgment on the parties' remaining claims.  The trial court issued a certificate of immediate review, and the Duvall Defendants filed this application for  interlocutory review.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal.  See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is directly appealable and the applicant has not already filed a timely notice of appeal.  See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).  Accordingly, this interlocutory application is hereby GRANTED.  The Duvall Defendants shall have ten days from the date of this order to file a notice of appeal in the trial court. If they have already filed a timely notice of appeal from the order at issue here, they need not file a second notice.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __07/11/2017__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*